UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  23-05470 |
| Renee Simons | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Jacqueline P Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION TO OBTAIN CREDIT / INCUR DEBT AND SHORTEN NOTICE

This cause coming to be heard on Motion of the Debtor for entry of an Order allowing debtor to obtain credit / incur debt; IT IS ORDERED:

1. The Debtor is permitted to incur additional financing in the amount of $27,267.26 for the purchase of a used 2021 Chevrolet Trailblazer, with monthly payments in the approximate amount of $604.00 for a term of 72 months. The interest rate shall not exceed 17.24%.

Enter:

*Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: January 08, 2024

**Prepared by:**

The Semrad Law Firm, LLC
11101 S Western Ave
Chicago, IL 60643
Office:773-432-9003